| AO-10 Rev. 1/93 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics Reform Act of 1989, Pub. L. No. 101-194, November 30, 1989 (5 U.S.C.A. App. 6, §§101-112) |
|---|---|---|

| 1. Person Reporting (Last name, first, middle initial)<br><br>Borman, Paul D. | 2. Court or Organization<br><br>Eastern District of Michigan | 3. Date of Report<br><br>3-24-94 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; Magistrate judges indicate full- or part-time)<br><br>Article III - Judge | 5. Report Type (check appropriate type)<br>_X_ Nomination, Date_____<br>___ Initial ___ Annual ___ Final | 6. Reporting Period<br><br>January 1, 1993<br>to March 24, 1994 |
| 7. Chambers or Office Address<br><br>645 Griswold, #2255<br>Detroit, MI 48226 | 8. On the basis of the information contained in this Report, it is, in my opinion, in compliance with applicable laws and regulations ___<br><br>Reviewing Officer Signature _____ | |

IMPORTANT NOTES: *The instructions accompanying this form must be followed.* **Complete all parts,** checking the NONE box for each section where you have no reportable information. *Sign on last page.*

## I. POSITIONS. (Reporting individual only; see pp. 7-8 of Instructions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| ☐ NONE (No reportable positions) | |
| President | Tom and Sarah Borman Foundation |
| Co-Trustee | Tom Borman Family Trust |
| Trustee | Tom and Sarah Borman Trusts for the Benefit of children of Paul D. Borman |

## II. AGREEMENTS. (Reporting individual only; see p. 8-9 of Instructions.)

| DATE | PARTIES AND TERMS |
|---|---|
| ☒ NONE (No reportable agreements) | |
| | |
| | |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 9-12 of Instructions.)

| DATE (Honoraria only) | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| ☐ NONE (No reportable non-investment income) | | |
| 1 Salary - Attorney | Legal Aid and Defenders Assoc. of Metropolitan Detroit | $ 142,187 |
| 2 Salary - (S) Educator | Birmingham Temple, Farmington Hills, MI | $ 4,500 |
| 3 Salary - (S) Educator | Roeper City & Country School - Bloomfield Hills, MI | $ 37,487 |
| 4 (S) Alimony | Harold Fried, Southfield, MI | $ 18,750 |
| 5 | | $ |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Borman, Paul D. | 3-24-94 |

## IV. REIMBURSEMENTS and GIFTS – transportation, lodging, food, entertainment.
(Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate reportable reimbursements and gifts received by spouse and dependent children, respectively. See pp.13-15 of Instructions.)

| SOURCE | DESCRIPTION |
|---|---|
| x NONE (No such reportable reimbursements or gifts) | |
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |

## V. OTHER GIFTS. (Includes those to spouse and dependent children; use the parentheticals "(S)" and "(DC)" to indicate other gifts received by spouse and dependent children, respectively. See pp.15-16 of Instructions.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| x NONE (No such reportable gifts) | | |
| 1 | | |
| 2 | | $ |
| 3 | | $ |
| 4 | | $ |
| | | $ |

## VI. LIABILITIES. (Includes those of spouse and dependent children; indicate where applicable, person responsible for liability by using the parenthetical "(S)" for separate liability of spouse, "(J)" for joint liability of reporting individual and spouse, and "(DC)" for liability of a dependent child. See pp.16-18 of Instructions.)

| CREDITOR | DESCRIPTION | VALUE CODE° |
|---|---|---|
| NONE (No reportable liabilities) | | |
| 1 (S) Koppy Properties | Note due to Family Partnership | L |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

° VALUE CODES: J = $15,000 or less    K = $15,001 to $50,000    L = $50,001 to $100,000    M = $100,001 to $250,000
N = $250,001 to $500,000    O = $500,001 to $1,000,000    P = More than $1,000,000

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Borman, Paul D. | 3-24-94 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions. (Includes those of spouse and dependent children; see pp. 18-27 of Instructions.)

| A. Description of Assets (including trust assets) Indicate, where applicable, owner of the asset by using the parenthetical "(J)" for joint ownership of reporting individual and spouse, "(S)" for separate ownership by spouse, "(DC)" for ownership by dependent child. Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amt. Code (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1 National Bank of Detroit Commercial Paper | G | Int | P | T | | | | | |
| 2 National Bank of Detroit Checking Account | B | Int | E | T | | | | | |
| 3 Listed Securities | F | Div | P | T | | | | | |
| 4 State of Israel Bonds | B | Int | E | T | | | | | |
| 5 4% interest in Village Green Southgate-Partnership | A | Rent | L | W | | | | | |
| 6 11.12% interest in Kendalwood Apartments - Partnership | E | Rent | M | W | | | | | |
| 7 Equity in Retirement Accounts | A | Int | M | T | | | | | |
| 8 | | | | | | | | | |
| 9 MFS Mortgage (S) Interest Fund | C | Int | L | T | | | | | |
| 10 Smith Barney Shearson (S) A/C 225-696 | B | Div | K | T | | | | | |
| 11 Note Receivable - Trust (S) Final in 1993 | B | Int | None | | | | | | |
| 12 From Family Partnership- (S) Koppy Properties | E | Rent & int | G | W | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |
| 18 | | | | | | | | | |
| 19 | | | | | | | | | |
| 20 | | | | | | | | | |

| 1 Income/Gain Codes: (See Col. B1 & D4) | A=$1,000 or less E=$15,001 to $50,000 | B=$1,001 to $2,500 F=$50,001 to $100,000 | C=$2,501 to 5,000 G=$100,001 to $1,000,000 | D=$5,001 to $15,000 H=More than $1,000,000 |
|---|---|---|---|---|
| 2 Value Codes: (See Col. C1 & D3) | J=$15,000 or less N=$250,001 to $500,000 | K=$15,001 to $50,000 O=$500,001 to $1,000,000 | L=$50,001 to $100,000 P=More than $1,000,000 | M=$100,001 to $250,000 |
| 3 Value Method Codes: (See Col. C2) | Q=Appraisal U=Book Value | R=Cost (real estate only) V=Other | S=Assessment W=Estimated | T=Cash/Market |

Digitized by Google

| FINANCIAL DISCLOSURE REPORT (cont'd) | Name of Person Reporting | Date of Report |
|---|---|---|
| | Berman, Paul D. | 3-24-94 |

## VIII. ADDITIONAL INFORMATION or EXPLANATIONS. (Indicate part of Report.)

I, Paul D. Berman, am one of a class of potential beneficiaries of the Tom Berman Family Trust. No distributions have ever been made to anyone. The Trust Equity as of March 24, 1994 was Code P. The income for the reporting period is Code F. Attached is a listing of the Trust's financial position.

## IX. CERTIFICATION.

In compliance with the provisions of 28 U.S.C. § 455 and of Advisory Opinion No. 57 of the Advisory Committee on Judicial Activities, and to the best of my knowledge at the time after reasonable inquiry, I did not perform any adjudicatory function in any litigation during the period covered by this report in which I, my spouse, or my minor or dependent children had a financial interest, as defined in Canon 3C(3)(c), in the outcome of such litigation.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C.A. app. 7, § 501 et seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _Paul D Berman_     Date _March 29, 1994_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C.A. APP. 6, § 104, AND 18 U.S.C. § 1001.)